# United States Court of Appeals
## For the First Circuit

No. 03-1470

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT C. LUISI, JR.,

Defendant, Appellant.

ERRATA SHEET

The opinion of this court issued on April 10, 2007 is amended as follows:

On page 13, footnote 8, line 8: Replace the word "where" with the word "were."

On page 20, line 15: Replace the citation "494-5" with the citation "494-95."

On page 21, line 2: Delete the period directly following the number "8," and replace it with a semicolon. Delete one of the two spaces before "Cf." Replace the capitalized "Cf." with the lowercase "cf."